UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARCELLO SCURTO

    vs.                                          Case No.   9:14-CV-1270   GLS/CFH

MC GUIRE, et al.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:             MARCELLO SCURTO

2. Prisoner ID #:               13-A-2147

3. Detained by:                 FIVE POINTS CORR. FACILITY
                                            6600 STATE ROUTE 96
                                            ROMULUS, NEW YORK 14541

4. Detainee is:            (A)   (X)   Plaintiff in a Civil Action

                              (B)   (  )   A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate MARCELLO SCURTO (13-A-2147) is hereby ORDERED on <u>Tuesday, February 16, 2016</u> at <u>10:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Christian F. Hummel. The Court will initiate the conference call.**

**SO ORDERED,**

                                                                  Christian F. Hummel
**Date:  January 21, 2016**                      U.S. Magistrate Judge

cc:    Marcello Scurto, via U.S. Postal Service
        Five Points Correctional Facility, via email and U.S. Postal Service
        Louis Jim, AAG, via CM/ECF